Ellman, and Walter E. Moss, for appellant; John A. Filpi, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 2, 1953; released for publication February 20, 1953.

## Edna Fink, Appellant, v. Benjamin I. Simpson et al., Appellees.

### Gen. No. 45,938.

Bernard Allen Fried, for appellant; Joseph V. Murphy, for appellees; Stephen J. Sullivan, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed February 2, 1953; released for publication February 20, 1953.

## Margaret Klimas, Appellee, v. Beatrice Klimas, Celia Wizgird, John Doe and Mary Roe, Appellants.

### Gen. No. 45,882.